**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulyess Kelvin Brewster,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>    Defendant. | No. CIV 10-2386-PHX-RCB (DKD)<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff, an inmate currently confined at Maricopa County Durango Jail, filed a *pro se* Prisoner Civil Rights Complaint on November 4, 2010 (Doc. #1). The Court ordered Defendant Arpaio to answer the Complaint on January 20, 2011 (Doc. #8). In addition, the Court ordered Plaintiff to return the service packet within 21 days. The Court warned Plaintiff that "if he fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice" (*Id*. at 4). As of this date, Plaintiff has not returned the service packet.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause within 21 days for his

. . .

failure to comply with the Court's orders.

DATED this 6th day of March, 2011.

_____
Robert C. Broomfield
Senior United States District Judge